Received From SEATTLE
FEB 14 2011

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHRISTOPHER LEWIS, <br> Defendant. | NO. CR10-5435RJB <br><br> SUPERSEDING INFORMATION |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

(Human Trafficking)

Beginning in or before 2010, and continuing through on or about April 6, 2010, within the Western District of Washington, CHRISTOPHER LEWIS, did knowingly recruit, harbor, transport, provide, and obtain other persons, AL, for labor, with knowledge and in reckless disregard that the providing and obtaining of AL, for labor was by means of a scheme and plan to cause AL to believe that if AL did not perform the labor, AL would suffer serious harm, and CHRISTOPHER LEWIS did benefit financially from participating in a venture which had engaged in the providing and obtaining of AL for labor by such means.



**10-CR-05435-INFO**

SUPERSEDING INFORMATION, *United States v. Lewis*,
CR10-5435RJB— 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 18, United States Code, Section 1590.

_____
JENNY A. DURKAN
UNITED STATES ATTORNEY

_____
TODD GREENBERG
ASSISTANT UNITED STATES ATTORNEY

_____
MATTHEW H. THOMAS
ASSISTANT UNITED STATES ATTORNEY

_____
YE-TING WOO
ASSISTANT UNITED STATES ATTORNEY

SUPERSEDING INFORMATION, *United States v. Lewis,*
CR10-5435RJB— 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970