THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR10-5435RJB |
| Plaintiff, | |
| vs. | MOTION AND PROPOSED ORDER TO SEAL AFFIDAVIT IN SUPPORD OF MOTION FOR ORDER ALLOWING WITHDRAWAL OF ATTORNEY |
| LASHAD T. ALEXANDER, | |
| Defendant. | |

COMES NOW the Wayne C. Fricke, attorney for the defendant, and hereby moves this Court for an Order sealing his affidavit in support of motion for order allowing withdrawal of attorney.

RESPECTFULLY SUBMITTED this 6th day of September, 2011.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By: */s/ Wayne C. Fricke*
      Wayne C. Fricke
      WSB #16550

MOTION AND PROPOSED ORDER TO SEAL AFFIDAVIT OF
WAYNE C. FRICKE - 1

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

## ORDER

Before this Court is the motion of Wayne C. Fricke, attorney for the defendant, for an order sealing his affidavit in support of motion for order allowing withdrawal of attorney; and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that the Affidavit in Support of Motion for Order Allowing Withdrawal of Attorney is hereby filed under seal.

DATED this 8th day of September, 2011.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By: */s/ Wayne C. Fricke*
_____
Wayne C. Fricke
WSB #16550

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on September 6th, 2011, I electronically filed the foregoing |
| 3 | |
| 4 | Motion and Proposed Order Sealing Affidavit of Wayne C. Fricke with the Clerk of the |
| 5 | Court using the CM/ECF system which will send notification of such filing to the |
| 6 | following: |

1 CERTIFICATE OF SERVICE

2 I hereby certify that on September 6th, 2011, I electronically filed the foregoing Motion and Proposed Order Sealing Affidavit of Wayne C. Fricke with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Catherine Crisham
> Ye-Ting Woo
> Matthew Thomas
> Assistant United States Attorneys

I hereby certify that on September 6th, 2011, I mailed the Motion and Proposed Order Sealing Affidavit of Wayne C. Fricke to the following:

> Lashad Alexander
> Reg. #40399-086
> Federal Detention Center
> at SeaTac
> P.O. Box 13900
> Seattle, WA 98198

DATED this 6th day of September, 2011.

*/s/ Sarah M. Heckman*

_____